U. S. DISTRICT COURT
SOUTHERN DISTRICTY OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 JAN 10 AM 11: 12

Complaint

Chen, Victor,
    Plaintiff.

against

Mount Sinai Beth Israel, 281 First Ave., New York, NY 10003
New York State, Empire State Plaza, Albany, NY
The USA, at federal buildings in New York
Harvard, Yale, and Oxford Universities
Queen Elizabeth II, of the U.K.

    I am Victor Chen (Victor C. Chen, Victor Chih-Chia Chen), of 290 Riverside Drive, Apt. 14C, New York, NY 10025. I accuse the defendants of:

--libel, alleging privately that am an imported (Asian, or Chinese) all-but-invisible "virus" causing flu, AIDS, and covid-19.
--assault and abuse—actions ranging from giving me itches, to losing my balance, to thinking certain thoughts, to sexual functioning, to interfering with bowel movements. These actions include the staging of events around me.
--slavery: taking my thoughts and my original works, preventing me from traveling freely, using my works as "vaccines" against the artificial diseases, preventing me from telephoning and mailing freely and privately.
--the libelous contention that my works exposing the defendants' wrongs are themselves wrongs.

I seek:

--release from confinement at Mt. Sinai Beth Israel.
--removal of everything foreign put in my body and brain.
--return of my property seized before and since Nov. 30. 2021.
--fair compensation for my original and useful work.
--compensation for what has been done to me and my family.

*Victor Chen*
[signed} Victor Chen, Dec. 12, 2021 [retyped Jan. 5, 2022]

at: Mt. Sinai Beth Israel
GK16
281 1st Ave.
New York, NY 10003

290 Riverside Drive, Apt. 14C
New York, NY 10025

Jan. 5, 2022

To:
Pro Se Clerk
U.S. District Court
Southern District of New York
Room 200
500 Pearl Street
New York, NY 10007

Dear Sir or Madam:

I would like to file this retyped copy of a complaint, Chen v. Mt. Sinai Beth Israel et al.

I will have to make an in forma pauperis application, being virtually without cash resources. Please send me what forms and information I need.

I look forward to seeing this case being duly docketed and taken under consideration by the court. Thank you.

Sincerely,

*Victor Chen*
Victor Chen
290 Riverside Drive, Apt. 14C
New York, NY 10025



RECEIVED
SDNY PRO SE OFFICE
2022 JAN 10  AM 11:01

NEW YORK NY 100
5 JAN 2022  PM 9 L

Pro Se Clerk
U.S. District Court
Southern District of New York
Room 200
500 Pearl Street
New York, NY 10007

V. Chen
2 [illegible] Research Drive, Apt 14 C
NYC 10025

SDNY