UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CHEN,<br><br>      Plaintiff,<br><br>-against-<br><br>MOUNT SINAI BETH ISRAEL; NEW YORK STATE; THE USA; HARVARD UNIVERSITY; YALE UNIVERSITY; YALE UNIVERSITY; OXFORD UNIVERSITY; QUEEN ELIZABETH II, OF THE U.K.,<br><br>      Defendants. | 22-CV-0223 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 31, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  January 31, 2022
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge